UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 5:14-cr-00583 |
| | : | |
| CORDERRO CODY, | : | |
|     Defendant | : | |

**O R D E R**

**AND NOW,** this 21st day of May, 2025, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT:**

1. The Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582(c)(1)(A), ECF No. 154, is **DENIED**.

2. The Supplemental Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582(c)(1)(A), ECF No. 159, is **DENIED**.

3. This case remains **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge